# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| AMY K. HUGHES, | : | |
| | : | |
| Plaintiff, | : | CASE NO. 2:20-cv-02222 |
| | : | |
| v. | : | |
| | : | MAGISTRATE JUDGE |
| THE OHIO STATE UNIVERSITY, | : | CHELSEY M. VASCURA |
| | : | |
| Defendant. | : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Amy Hughes and Defendant The Ohio State University, through their respective counsel, hereby stipulate to dismiss the above-captioned case with prejudice.  Each party shall bear their own attorney fees and costs.

Agreed:

| | |
|---|---|
| **KEMP, SCHAEFFER & ROWE CO., L.P.A.** | **OHIO ATTORNEY GENERAL'S OFFICE** |
| By: _/s/ Erica Ann Probst_ | By: _/s/ Wendy K. Clary_ |
| Erica Ann Probst  #0073486 | Wendy K. Clary #0077775 |
| Andrea L. Salvino #0097768 | Attorney for Defendant |
| Attorneys for Plaintiff | 30 East Broad Street, 16th Floor |
| 88 West Mound Street | Columbus, Ohio 43215 |
| Columbus, Ohio  43215 | (614) 644-7257 |
| (614) 232-8692 | (614) 752-4677 (fax) |
| (614) 469-7170 (fax) | elsreview@OhioAGO.gov |
| Erica@ksrlegal.com | |
| Asalvino@ksrlegal.com | |

**CERTIFICATE OF SERVICE**

  A copy of the foregoing was served electronically via the Court's electronic filing system this 14th day of October, 2022.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

                By:  /s/ Erica Ann Probst_____
                   Erica A. Probst (0073486)